UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIC MCINTIRE, HENRY WASIK, *and* MBAGO KANIKI, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

BDO USA LLP, UBS SECURITIES LLC, BMO CAPITAL MARKETS CORP., SUNTRUST ROBINSON HUMPHREY, INC., JMP SECURITIES LLC, *and* WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

**ORDER**

19-cv-00098 (ER)

A motion to amend the complaint was fully briefed in this action on December 3, 2021. Docs. 147–51. There has been no other activity on the docket since then, except for a notice of change of address. Doc. 152. On July 2, 2026, the Court directed the parties to advise whether they still intend to pursue the instant action via email. Plaintiffs affirmed their intent to proceed. Defendants argue that the pending motion to amend should be deemed abandoned and the case should be dismissed for failure to prosecute. The parties are directed to appear for a status conference on this matter on July 16, 2026 at 11:00 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Edgardo Ramos, U.S.D.J.